568

450 A.2d 180

Commonwealth v. Benson a/k/a Stewart, Appellant.

Submitted May 3, 1982. Darryl A. Irwin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of sentence is affirmed.

450 A.2d 180

Commonwealth v. Brendle, Appellant.

Submitted February 4, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.